# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 10-00242-CJC(MLGx) | Date | June 2, 2010 |
| Title | Michael Kronk v. Landwin Group, LLC, et al | | |

Present: The Honorable **CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE STAY IN LIGHT OF NOTICE OF ORDER GRANTING PRELIMINARY INJUNCTION TO STAY PROCEEDINGS IN THE STATE COURTS

The Court, on its own motion, hereby ORDERS plaintiff to show cause in writing no later than June 16, 2010, why this action should not be STAYED as to all defendants in light of Defendant Marshall Reddick's Notice of Order Granting Preliminary Injunction to Stay Proceedings in the State Courts filed on April 23, 2010.

No oral argument of this matter will be heard unless ordered by the Court. The matter will stand submitted upon the filing of a response to the Court's order to show cause.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | mu | |